2010 FEB 22 P 4: 51

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

IN RE:

JAN HERMAN VAN ECK           : CHAPTER 11
    DEBTOR                   : CASE NO. 08-32911 LMW

---

JAN HERMAN VAN ECK,
    Debtor                   Docket Item No:

### NOTICE OF FILING OF MONTHLY OPERATING REPORT

The Debtor herewith files his Monthly Operating Report for the Month of January, 2010.

BY THE DEBTOR

*[signature]*

JAN VAN ECK
P.O. Box 16
Ivoryton CT 06442-0016
404-824-0263

JANUARY 22, 2010

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

In re  JAN VAN ECK                             Case No.  08-32911
       Debtor                                  Reporting Period: JANUARY 2010

                                               Social Security #  3199
                                               (last 4 digits only)

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | ✓ | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Disbursement Journal | MOR-2 (INDV) | ✓ | |
| Balance Sheet | MOR-3 (INDV) | ✓ | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 (INDV) | ✓ | |
| Status of Secured Notes, Leases, Installment Payments | MOR-5 (INDV) | ✓ | |
| Debtor Questionnaire | MOR-6 (INDV) | ✓ | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor  _[signed]_                                 Date 20 Feb. 2010

Signature of Joint Debtor                                       Date

In re __JAN VAN ECK_____ Case No. __08-32911__
Debtor                                    Reporting Period: __JANUARY 2010__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each bank account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (CONT)]

| | | |
|---|---|---|
| Cash - Beginning of Month | 3,619 | |
| **RECEIPTS** | | |
| Wages (Net) | 1,020 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | | |
| Other Income *(attach schedule)* | | |
| Total Receipts | 1,020 | |
| | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 1,000 | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | 569 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 173 | |
| Medical Expenses | | |
| Food, Clothing, Hygiene | 52 | |
| Charitable Contributions | 40 | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other *(attach schedule)* | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other *(attach schedule)* | 302 | |
| Total Ordinary Disbursements | 2,136 | |
| | | |
| Professional Fees | | |
| U. S. Trustee Fees | 325 | |
| Other Reorganization Expenses *(attach schedule)* | | |
| Total Reorganization Items | | |
| | | |
| Total Disbursements *(Ordinary + Reorganization)* | 2,461 | |
| Net Cash Flow *(Total Receipts - Total Disbursements)* | 1441.000 | |
| Cash - End of Month *(Must equal reconciled bank statement)* | 2,178. | |

In re __JAN VAN ECK__     Case No. __08-32911__
Debtor     Reporting Period: __JANUARY 2010__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(continuation sheet)

| | | |
|---|---|---|
| Chempace | 88. | |
| Sec Sch Scholastic | 35. | |
| Staples Corp. | 71. | |
| Literature | 89. | |
| telecom | 19 | |

**THE FOLLOWING SECTION MUST BE COMPLETED**
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 2,461. |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | ~~~~. |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 2,461. |

In re  JAN VAN ECK  
**Debtor**  
Case No. 08-32911  
**Reporting Period:** JANUARY 2010

## DISBURSEMENT JOURNAL

### CASH DISBURSEMENTS

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 1.04 | Chempace | fluids | 88. |
| 1.04 | Getty fuel | motor fuel | 51 |
| 1.08 | NYNJPA | govt fees | 124. |
| 1.12 | Sec Sch Scholastic | school fee | 35. |
| 1.12 | Staples | office supp | 41 |
| 1.14 | NYT | literature | 89. |
| 1.14 | ESSO Fuels | motor fuels | 427. |
| 1.15 | Staples | office suppl | 30 |
| 1.15 | Hess | motor fuels | 24 |
| 1.15 | TasteyH | foods | 23 |
| 1.19 | Telecomm | communic. | 19. |
| 1.21 | Rock Auto | repair parts | 173. |
| 1.30 | Laptham Co. | trailer | 1000. |
| | **Total Cash Disbursements** | | 2,136. |

### BANK ACCOUNT DISBURSEMENTS

| Date | Payee | Purpose | Amount | Check # |
|---|---|---|---|---|
| | | | | |
| | **Total Bank Account Disbursements** | | | |

| **Total Disbursements for the Month** | 2,136. |
|---|---|

In re **JAN VAN ECK**        Case No. 08-32911

Debtor        Reporting Period: JANUARY 2010

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **SCHEDULE A REAL PROPERTY** | | |
| Primary Residence | 440,000 | 440,000 |
| | | |
| | | |
| | | |
| Other Property (attach schedule) 7 Jerimoth | 255,000 | 255,000 |
| TOTAL REAL PROPERTY ASSETS | 695,000 | 695,000 |
| **SCHEDULE B PERSONAL PROPERTY** | | |
| Cash on Hand | 2,178. | |
| Bank Accounts | | |
| Security Deposits | | |
| Household Goods & Furnishings | | |
| Books, Pictures, Art | | |
| Wearing Apparel | 800. | 800 |
| Furs and Jewelry | | |
| Firearms & Sports Equipment | | |
| Insurance Policies | | |
| Annuities | | |
| Education IRAs | | |
| Retirement & Profit Sharing | | |
| Stocks | | |
| Partnerships & Joint Ventures | | |
| Government & Corporate Bonds | | |
| Accounts Receivable | | |
| Alimony, maintenance, support or property settlements | | |
| Other Liquidated Debts | | |
| Equitable Interests in Schedule A property | 455,000. | 455,000 |
| Contingent Interests | | |
| Other Claims | 2,470.000 | 2,470,000 |
| Patents & Copyrights | | |
| Licenses & Franchises | | |
| Customer Lists | | |
| Autos, Trucks & Other Vehicles | 65,000 | 65,000 |
| Boats & Motors | | |
| Aircraft | | |
| Office Equipment | | |
| Machinery, supplies, equipment used for business | 1,099,600 | 1,099,600 |
| Inventory | | |
| Animals | | |
| Crops | | |
| Farming Equipment | | |
| Farm Supplies | | |
| Other Personal Property (attach schedule) | | |
| TOTAL PERSONAL PROPERTY | 4,092,578. | 4,092,578. |
| TOTAL ASSETS | 4,092,578 | 4,092,578 |

In re **JAN VAN ECK**  
Debtor

Case No. 08-32911  
Reporting Period: JANUARY 2010

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED AMOUNT |
|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Federal Income Taxes (not deducted from wages) | | |
| FICA/Medicare (not deducted from wages) | | |
| State Taxes (not deducted from wages) | | |
| Real Estate Taxes | | |
| Other Taxes *(attach schedule)* | | |
| TOTAL TAXES | | |
| Professional Fees | | |
| Other Post-petition Liabilities *(list creditors)* | | |
| TOTAL POST-PETITION LIABILITIES | 0. | 0. |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Secured Debt | 10. | 10. |
| Priority Debt | 0. | 0. |
| Unsecured Debt | 8,765. | 8,765. |
| TOTAL PRE-PETITION LIABILITIES | 8,775. | 8,775. |
| TOTAL LIABILITIES | 8,775. | 10. |

In re **JAN VAN ECK**  
**Debtor**

Case No. **08-32911**  
Reporting Period: **JANUARY 2010**

## SUMMARY OF UNPAID POST-PETITION DEBTS

Number of Days Past Due

|  | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
|---|---|---|---|---|---|---|
| Mortgage |  |  |  |  |  |  |
| Rent |  |  |  |  |  |  |
| Secured Debt/Adequate Protection Payments |  |  |  |  |  |  |
| Professional Fees |  |  |  |  |  |  |
| Other Post-Petition debt *(list creditor)* |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Total Post-petition Debts | 0. |  |  |  |  |  |

Explain how and when the Debtor intends to pay any past due post-petition debts.

_____
_____
_____
_____

In re  JAN VAN ECK  
**Debtor**

Case No. 08-32911  
**Reporting Period:** JANUARY 2010

## POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| IMPAC CMB TRUST series | 2001 | | 10. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL PAYMENTS** | | |

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

In re: __JAN VAN ECK__ Case No. __08-32911__
Debtor  Reporting Period: __JANUARY 2010__

# DEBTOR QUESTIONNAIRE

| | Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|---|
| 1 | Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| 2 | Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| 3 | Are property insurance, automobile insurance, or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| 4 | Is the Debtor delinquent in paying any insurance premium payment? | | X |
| 5 | Have any payments been made on pre-petition liabilities this reporting period? | X | |
| 6 | Are any post petition State or Federal income taxes past due? | | X |
| 7 | Are any post petition real estate taxes past due? | | X |
| 8 | Are any other post petition taxes past due? | | |
| 9 | Have any pre-petition taxes been paid during this reporting period? | X | |
| 10 | Are any amounts owed to post petition creditors delinquent? | | X |
| 11 | Have any post petition loans been been received by the Debtor from any party? | | X |
| 12 | Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| 13 | Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |