UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE | : |
| | : |
| HERMAN JAN VAN ECK | : CHAPTER 11 |
| Debtor | : |
| | : CASE NO. 08-32911 LMW |
| | : |
| DLJ MORTGAGE CAPITAL INC. | : |
| GRP LOAN LLC, | : |
| Movants | : |
| | : |
| v. | : |
| | : |
| SOCIAL SECURITY ADMINISTRATION | : |
| HERMAN JAN VAN ECK | : MARCH 17, 2010 |
| Respondents | : |

### MOTION FOR ORDER COMMANDING DISCLOSURE BY SOCIAL SECURITY ADMINISTRATION

Pursuant to 20 CFR 401.180(c), DLJ Mortgage Capital, Inc., and GRP Loan, LLC, (collectively "Movants") hereby request an order commanding disclosure of certain information pertaining to Herman Jan Van Eck ("Debtor") by the Social Security Administration. A true and accurate certified copy of a POA is attached hereto as Exhibit A which finalizes any remaining issues relating to DLJ's standing. In support thereof, the Movant respectfully requests as follows:

1. This Court is a court of competent jurisdiction to issue the requested order pursuant to 20 CFR 401.180(c).

2. This timely request comes under this Court's order dated March 16, 2010 in the above case, (Doc. Id# 303) in which this Court held a retention of jurisdiction on this issue.

3. This Order restricts the use and redisclosure of the information requested by the participants in this proceeding and consequently does not prejudice the Debtor.

4. The Movants seek an Order directing the Social Security Administration to produce a self-authenticating document certifying the social security number assigned to the Debtor in this case, Herman Jan Van Eck ("Red Ribbon Certification").

5. The Movants further seek an Order that the "Red Ribbon Certification" be filed under seal and that the Debtor shall be provided with a copy of such document which is certified as a true and correct copy by the Clerk of the Court upon their filing.

6. The Movants finally seek an Order that the Social Security Administration be directed to file a Notice of Filing of Self-Authenticating Documents stating that it has complied with this Order no later than March 31, 2010.

WHEREFORE; the Movants request an Order as set forth above.

Dated this 17th day of March, 2010.

> DLJ MORTGAGE CAPITAL, INC.
> GRP LOAN, LLC
> MOVANTS
>
> By: Linda J. St. Pierre
> Fed. Bar# 22287
> Hunt, Leibert, Chester & Jacobson, PC
> 50 Weston Street
> Hartford, Ct 06120
> (860) 240-9156
> Its attorney

**CERTIFICATE OF SERVICE**

I, Linda J. St. Pierre, hereby certify that on March 10, 2010 a true copy of the foregoing motion was filed via ECF and served by First Class Mail upon all parties of record in this action as set forth below.

Herman Jan Van Eck
P.O. Box 16
Ivoryton, CT 06442
(*Pro Se* Debtor)

Sarah Hansen, Agent
Social Security Administration
450 Main Street, Suite 617
Hartford, CT 06103

Civil Process Clerk
Attorney General of the United States
950 Pennsylvania Ave., NW
Washington, DC 20530-00001

Civil Process Clerk
Office of the United States Attorney
157 Church Street, 23rd Floor
New Haven, CT 06510

Holley L. Claiborn, Esq.
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(Attorney for U.S. Trustee)

Kim L. McCabe, Esq.
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510
(Attorney for U.S. Trustee)

Christine Sciarrino, Esq.
Assistant United States Attorney
United States Attorney's Office
157 Church Street, 23rd Floor
New Haven, CT 06510
(Attorney for U.S. Internal Revenue Service and U.S. Social Security Administration)

Jane W. Arnone, Esq.
Benanti and Associates
350 Bedford Street, Suite 201
Stamford, CT 06901
(Attorney for Banc of America Leasing & Capital, LLC and BAL Global Finance, LLC)

Irving H. Perlmutter, Esq.
Ullman & Perlmutter
47 Trumbull Street
P. O. Box 514
New Haven, CT 06510
(Attorney for Joanne Cleary Town of Branford)

Nicole D. Dorman, Esq.
Karsten, Dorman & Tallberg, LLC
8 Lowell Road
West Hartford, CT 06119
(Attorney for Karsten, Dorman & Tallberg, LLC)

MAF Realty, Anthony Ferraiolo, Jr.
Attn: President, General Partner or Managing Member
151 North Plains Industrial Road
Wallingford, CT 06492
(Creditor)

Light Rigging Co., Brad Raybury
Attn: President, General Partner or Managing Member
80 East Main Street
Middletown, CT 06457
(Creditor)

Bank of America Corp. Trust Ctr.
Attn: President, General Partner or Managing Member
1209 Orange Street
Wilmington, DE 19801
(Creditor)

6

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET  ●  HARTFORD, CONNECTICUT 06120  ●  (860) 808-0606  ●  JURIS NO. 101589

Chrysler Financial
Attn: President, General Partner or Managing Member
Box 354
Lisle IL 60532
(Creditor)

E. Melcher
6881 TV Velp
GLD Nederland
(Creditor)

L. Lounsbury
24 Ebony Lane
Essex, CT 06442
(Creditor)

Marie Lounsbury
c/o L. Lounsbury
24 Ebony Lane
Essex, CT 06442
(Creditor)

          DLJ MORTGAGE CAPITAL, INC.
          GRP LOAN, LLC
          MOVANTS

          By: Linda J. St. Pierre
          Fed. Bar# 22287
          Hunt, Leibert, Chester & Jacobson, PC
          50 Weston Street
          Hartford, Ct 06120
          (860) 240-9156
          Its attorney

7

HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET   •   HARTFORD, CONNECTICUT 06120   •   (860) 808-0606   •   JURIS NO. 101589