# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

08.32911

IN RE: HERMAN VAN ECK

    Debtor.

_____

HERMAN JAN VAN ECK                 3:10CV1107  (SRU)

    Appellant,

    v.

TRACY HOPE DAVIS, UNITED STATES
TRUSTEE FOR REGION 2, GRP LOAN LLC,
DLJ MORTGAGE CAPITAL INC., and
HUNT LEIBERT JACOBSON PC,

    Appellees.

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge,

as a result of the United States Trustee's motion to dismiss debtor's appeal as untimely.

The Court has reviewed all of the papers filed in conjunction with the motion and after a

hearing held on January 14, 2011, the motion was granted in open court.

Therefore, it is ORDERED and ADJUDGED that the bankruptcy appeal is dismissed.

Dated at Bridgeport, Connecticut, this 19th day of January 2011.

                          ROBERTA D. TABORA, Clerk

                          By ___/s/ Barbara Sbalbi_____
                               Deputy Clerk

Entered on Docket _____